B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Edgenet, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**62-1604977** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3525 Piedmont Rd<br>Building 8<br>Suite 420<br>Atlanta, GA**          ZIP Code **30305** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Chapter 11 Debtors**

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Edgenet, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Attached Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**Delaware** | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Edgenet Holding Corporation** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Raymond H. Lemisch  DE Bar #  4204
Printed Name of Attorney for Debtor(s)

Klehr Harrison Harvey Branzburg
Firm Name
919 Market St
Site 1000
Wilmington, DE 19801-3062
Address

302-426-1189
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Juliet Reising
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

1 | 14 | 2014
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EDGENET, INC.*et al.*,[1] | ) Case No. 14-_____ (  ) |
|  | ) |
| Debtors. | ) Joint Administration Requested |
|  | ) |

## EXHIBIT C TO VOLUNTARY PETITION

1.     Identify and briefly describe all real or personal property owned by, or in possession of, the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

- None.

2.     With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

- The Debtor is not aware of any definition of "imminent and identifiable harm" as used in this form.  The Debtor does not believe it owns or possesses property that poses     or     is     alleged     to     pose     a     threat     of     such     harm.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Edgenet, Inc. (4977)); Edgenet Holding Corporation (4146). The Debtors' main corporate address is 8 Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, GA 30305.

**Schedule 1**

<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>

On January 14, 2014, each of the entities listed below filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the number assigned to the chapter 11 case of Edgenet, Inc.

- Edgenet, Inc.
- Edgenet Holding Corporation

## United States Bankruptcy Court
### District of Delaware

In re  __Edgenet, Inc._____     Case No. _____

                                    Debtor(s)          Chapter    __11_____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Edgenet, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Edgenet Holding Corporation**
**3525 Piedmont Rd**
**Building 8**
**Suite 420**
**Atlanta, GA 30305**


☐ None [*Check if applicable*]


____*1/14/14*_____
Date

                          Raymond H. Lemisch
                          Signature of Attorney or Litigant
                          Counsel for __Edgenet, Inc.__
                          **Klehr Harrison Harvey Branzburg**
                          **919 Market St**
                          **Site 1000**
                          **Wilmington, DE 19801-3062**

## JOINT RESOLUTIONS ADOPTED BY THE BOARDS OF DIRECTORS OF (I) EDGENET HOLDING CORPORTION AND (II) EDGENET, INC.

January 14, 2014

**WHEREAS**, the undersigned Boards of Directors (the "Board") of (i) Edgenet Holding Corporation, a Delaware corporation ("Holding") and (ii) Edgenet, Inc., a Delaware corporation and wholly owned subsidiary of Holding ("Edgenet"), have considered the financial and operational aspects of Holding's and Edgenet's business and the recommendation of Holding's and Edgenet's professionals and advisors and having given due and proper consideration to all matters and things which are necessary or appropriate to evaluate and reach an informed conclusion as to the fairness and reasonableness of the actions described below, adopted the following resolutions pursuant to the applicable law of the State of Delaware at a duly called and convened meeting of the Board on the date set forth above:

### I. Chapter 11 Filings.

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of Holding and Edgenet, their respective creditors and other interested parties that Holding and Edgenet seek the protections of Chapter 11 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"); and that Holding and Edgenet are hereby authorized to file voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code (collectively, the "Petition") with the United States Bankruptcy Court, District of Delaware (the "Bankruptcy Court") and thereby commence Chapter 11 proceedings (collectively, the "Chapter 11 Case"); and it is

**FURTHER RESOLVED**, that each of Thomas Frederick, Chief Executive Officer, Juliet Reising, Chief Financial Officer and Treasurer, and such other officers of Holding and Edgenet, as applicable, as may be designated by the Board (collectively referred to herein as the "Proper Officers") be, and hereby is, acting singly or together, authorized, empowered and directed, in the name and on behalf of Holding and Edgenet, as applicable, to execute, acknowledge, verify and deliver the Petition and to cause the same to be filed with the Bankruptcy Court on behalf of Holding and Edgenet at such time as the Proper Officers of Holding and Edgenet, respectively, executing the Petition shall determine consistent with these resolutions and specifically conditioned upon Holding and Edgenet entering into the Cash Collateral Agreement (as defined herein) to provide adequate post-petition liquidity to fund Holding's and Edgenet's obligations during the Chapter 11 Case; and it is

**FURTHER RESOLVED**, that any Proper Officer of Holding and Edgenet, respectively, be, and hereby is, authorized, empowered and directed to execute, acknowledge, verify and file such other instruments, schedules and other papers, and to take any and all other action that he or she in so acting, may deem necessary or proper to carry out the Chapter 11 Case; and it is

**FURTHER RESOLVED**, that the retention of Glass Ratner Advisory & Capital Group LLC, as financial advisor, JMP Securities, LLC, as investment banker, and Phase Eleven Consultants, LLC as claims and noticing agent, in the Chapter 11 Case is hereby adopted, ratified, confirmed and approved in all respects; and it is

**FURTHER RESOLVED**, that the law firm of Klehr Harrison Harvey Branzburg LLP be, and hereby is, employed as counsel on behalf of Holding and Edgenet under a classic retainer for the purpose of representing Holding and Edgenet in the Chapter 11 Case, which retention is subject to approval by the Bankruptcy Court; and it is

**FURTHER RESOLVED**, that any Proper Officer of Holding and Edgenet, respectively, be, and hereby is, authorized, empowered and directed to employ other counsel and professionals of his or her choice to the extent necessary and to enter into such fee arrangements for payment of such counsel and professionals as deemed appropriate to further the Chapter 11 Case, including the delivery of retainers at the expense of Holding and Edgenet, in each case, if required, subject to approval by the Board and the Bankruptcy Court; and it is

**FURTHER RESOLVED**, in connection with the commencement of the Chapter 11 Case by Holding and Edgenet, any Proper Officer of Holding or Edgenet, respectively, be, and hereby is, authorized, empowered and directed to negotiate, execute and deliver agreements for the use of cash collateral and post-petition financing in connection with the Chapter 11 Case, including the granting of liens to such lender(s) to such agreement(s), and to take such additional action and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of Holding and Edgenet pursuant thereto or in connection therewith, in each case subject to approval by the Board and, if required, the Bankruptcy Court; and it is

**FURTHER RESOLVED**, that any Proper Officer of Holding and Edgenet, respectively, and such other officers of Holding and Edgenet, as applicable, as the Proper Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered and directed, in the name and on behalf of Holding or Edgenet, as applicable, to cause Holding and Edgenet to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, "first day" motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of any such officer shall be necessary, proper, and desirable to effectuate a successful Chapter 11 Case and to carry out and put into effect the purposes of these resolutions and the transactions contemplated by these resolutions, subject to any required Board approval.

## II. Cash Collateral Use.

**WHEREAS**, Holding and Edgenet desire to enter into a Debtor-In-Possession Cash Collateral Agreement (the "Cash Collateral Agreement"), substantially in the form presented to the Board, by and among Holding, Edgenet, and Liberty Partners Lenders, L.L.C. ("Lender"), pursuant to which Lender will allow Edgenet and Holding to utilize their cash on hand and continuing revenues to pay post-petition obligations in the Chapter 11 Case;

**WHEREAS**, the Board deems it to be in the best interests of Holding and Edgenet for Holding and Edgenet to enter into the Cash Collateral Agreement.

2

**NOW, THEREFORE, BE IT RESOLVED**, that Holding and Edgenet are hereby authorized and empowered (i) to execute, deliver, and perform the Cash Collateral Agreement, to consummate the transactions contemplated thereby, and to execute, deliver, and perform any and all other documents, including but not limited to, any notes, guaranties and security agreements, to be delivered by Holding and Edgenet to Lender in connection with the Cash Collateral Agreement; and (ii) to grant the security interests granted to Lender in the Cash Collateral Agreement, as well as to grant to any other creditor determined to have a security interest in and to Edgenet's and Holdings Cash Collateral (as defined in 11 U.S.C. Section 363 (a)) replacement liens in and to the Cash Collateral to the extent of the use of the Cash Collateral pursuant to which such creditor holds a validly perfected security interest and only to the same extent, validity and priority of the liens held by such creditor in the Cash Collateral immediately before the date on which the Petition is filed with the Bankruptcy Court; and it is

**FURTHER RESOLVED**, that each Proper Officer of Holding or Edgenet, as applicable, be and hereby is authorized and directed to execute and deliver, in the name and on behalf of Holding or Edgenet, as applicable, the Cash Collateral Agreement and any and all other documents, including, but not limited to, any notes, guaranties and security agreements, to be delivered by Holding and Edgenet to Lender in connection with the Cash Collateral Agreement, with such changes as any Proper Officer of Holding or Edgenet, as applicable, shall approve, such approval to be conclusively established by the execution and delivery thereof; and it is

**FURTHER RESOLVED**, that each of the Proper Officers of Holding or Edgenet, as applicable, on behalf of Holding or Edgenet, as applicable, be and hereby is authorized and directed to perform all actions and take all steps which he or she deem necessary to consummate and fulfill the obligations of Holding or Edgenet, as applicable, under their formation and governing documents, or the Cash Collateral Agreement, including, but not limited to, executing and delivering financing statements and other security documents and taking such other steps as are necessary or advisable to grant and perfect valid security interests to Lender in the Collateral, and that any such Proper Officer of Holding or Edgenet, as applicable, be and hereby is authorized to make such changes, additions, amendments or deletions to the Cash Collateral Agreement to which Holding or Edgenet, as applicable, are a party, as such officer executing the same may approve, such approval to be conclusively evidenced by the execution and delivery of such documents.

### III. General Resolutions.

**FURTHER RESOLVED**, that each Proper Officer of Holding or Edgenet, as applicable, is hereby authorized and directed to take or cause to be taken such further action, to execute and deliver all such further documents in the name and on behalf of Holding or Edgenet, as applicable, and to incur all such fees and expenses as in his or her judgment shall be advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all actions heretofore taken by, or at the direction of any Proper Officer of Holding or Edgenet, as applicable, in connection with any transaction contemplated by the foregoing resolutions are hereby approved, adopted and ratified in all respects; and it is

3

**FURTHER RESOLVED**, that the Proper Officers of Holding or Edgenet, as applicable, shall be, and each of them, acting alone, hereby is, authorized and empowered for and in the name of Holding or Edgenet, as applicable, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Secretary be and is hereby directed to file an original copy of these resolutions in the records of Holding and Edgenet; and it is

**FURTHER RESOLVED**, that the Secretary of Holding and Edgenet, as applicable, is authorized and empowered to certify the passage of these resolutions under the seal of Holding or Edgenet, as applicable.

[SIGNATURES FOLLOW]

4

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands effective as of the day and year first written above.

**BOARD OF DIRECTORS:**

_____
MIKE FRAM

_____
RICHARD COOK

_____
JIM SMITH

_____
THOMAS GREIG

_____
THOMAS FREDERICK

_____
MICHAEL STAKIAS

*Constituting all of the Directors of (i) Edgenet*
*Holding Corporation and (ii) Edgenet, Inc.*

IN WITNESS WHEREOF, the undersigned have hereunto set their hands effective as of the day and year first written above.

**BOARD OF DIRECTORS:**

_____
MIKE FRAM

_____
RICHARD COOK

_____
JIM SMITH

_____
THOMAS GREIG

_____
THOMAS FREDERICK

_____
MICHAEL STAKIAS

*Constituting all of the Directors of (i) Edgenet Holding Corporation and (ii) Edgenet, Inc.*

PHIL1 3342880v.2

**IN WITNESS WHEREOF,** the undersigned have hereunto set their hands effective as of the day and year first written above.

**BOARD OF DIRECTORS:**

_____

MIKE FRAM

_____

RICHARD COOK

_____

JIM SMITH

_____

THOMAS GREIG

_____

THOMAS FREDERICK

_____

MICHAEL STAKIAS

*Constituting all of the Directors of (i) Edgenet Holding Corporation and (ii) Edgenet, Inc.*

**IN WITNESS WHEREOF,** the undersigned have hereunto set their hands effective as of the day and year first written above.

BOARD OF DIRECTORS:

_____
MIKE FRAM

_____
RICHARD COOK

_____
JIM SMITH

_____
THOMAS GREIG

_____
THOMAS FREDERICK

_____
MICHAEL STAKIAS

*Constituting all of the Directors of (i) Edgenet
Holding Corporation and (ii) Edgenet, Inc.*

PHIL1 3342880v.2