**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGENET, INC. *et al.*,[1] | ) | Case No. 14-10066 (BLS) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR**
**FIRST DAY HEARING ON JANUARY 16, 2014 AT 12:00 P.M. (ET)[2]**

| | |
|---|---|
| Date and Time of Hearing: | January 16, 2014 at 12:00 p.m. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Brendan L. Shannon, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Phase Eleven Consultants, LLC, at cirmis@elevenllc.com or Mobermayr@elevenllc.com. Further information may be obtained by calling (312) 878-3948. |

**RELATED MATTERS**

1. **VOLUNTARY CHAPTER 11 PETITIONS**

    A.    Voluntary Petition of Edgenet, Inc.

    B.    Voluntary Petition of Edgenet Holding Corporation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Edgenet, Inc. (4977); Edgenet Holding Corporation (4146). The Debtors' main corporate address is 8 Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, GA 30305.

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

2. ***First Day Declaration.*** Declaration of Juliet Reising In Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 2, filed 1/14/2014]

## MATTERS REQUESTED TO BE HEARD AT FIRST DAY HEARING

ADMINISTRATIVE PLEADINGS

3. ***Joint Administration***. Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4, filed 1/14/2014]

    Status:    This matter is going forward.

4. ***Claims and Noticing Agent Retention***. Motion of Edgenet, Inc., et al. for Entry of an Order Authorizing the Debtors to Employ and Retain Phase Eleven Consultants, LLC as Notice and Claims Agent Nunc Pro Tunc to the Petition Date [Docket No. 5; filed 1/14/2014]

    Status: This matter is going forward.

OPERATIONAL MOTIONS

5. ***Cash Collateral***. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Post-Petition Use of Cash Collateral, (B) Granting Adequate Protection (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 (B), and (D) Granting Related Relief [Docket No. 10, filed 1/14/2014]

    Status:    This matter is going forward on an interim basis.

6. ***Cash Management***. Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Business Forms [Docket No. 6; filed 1/14/2014]

    Status:    This matter is going forward on a final basis.

7. ***Wages and Benefits***. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Other Compensation and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs [Docket No. 7, filed 1/14/2014]

    Status:    This matter is going forward on an interim basis.

8. ***Utilities***. Debtors' Motion for Entry of Interim and Final Orders (A) Determining Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Service and (C) Establishing Adequate Assurance Procedures [Docket No. 8, filed 1/14/2014]

    Status:    This matter is going forward on an interim basis.

9.  **Taxes**.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Certain Taxes and Fees [Docket No. 9, filed 1/14/2014]

      Status:    This matter is going forward on a final basis.

| | |
|---|---|
| Dated: January 15, 2014<br>Wilmington, Delaware | */s/ Raymond H. Lemisch*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Raymond H. Lemisch (DE Bar No. 4204)<br>Margaret M. Manning (DE Bar No. 4183)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br><br>- and -<br><br>Morton Branzburg, Esquire<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-2700<br>Facsimile:  (215) 568-6603<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |