B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: EDGENET, INC., et al.              Case No. 14-10066 (BLS)

**Chapter 11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of Creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with the claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Mediative, a Yellow Pages Group Company 16 Place du Commerce, Verdun, QC, Canada H3E2A5 | | Goods/services | Estimated | $7,333.32 |
| Tuerk, Andrew N57W24797 Clover Drive Sussex, Wisconsin 53089* | | Paid Time Off | Estimated | $5,451.92 |
| | | | | |

PHIL1 3392279v.1

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Ware, Jonathan<br>2802 Fortland Drive<br>Nashville, TN 37206* | | Payroll and Paid Time Off | Estimated | $2,270.88 |
| Park Place Technologies,<br>PO Box 71-0790<br>Columbus, OH 43271-079 | | Goods/services | Estimated | $1,759.11 |
| State of Washington Dept. of Revenue,<br>PO Box 47464<br>Olympia, WA 98504* | | Taxes | Estimated | $1,310.00 |
| Connectivist Media, LLC<br>544 E. Ogden Ave., Suite 700-161<br>Milwaukee, WI 53202 | | Goods/services | Estimated | $1,073.33 |
| Webb's Refreshments<br>PO Box 4011<br>Murfreesboro, TN 37133-401 | | Goods/services | Estimated | $193.19 |
| UPS Ground<br>PO Box 7247-0244<br>Philadelphia, PA 19170-000 | | Goods/services | Estimated | $104.05 |

*Indicates will be paid pursuant to First Day Orders.

**DECLARATION REGARDING THE AMENDED AND RESTATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Juliet Reising, Chief Financial Officer and Secretary of Edgenet, Inc., declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information, and belief.

Dated: January 17, 2013
Wilmington, Delaware

By: /s/ Juliet Reising
By: /s/ Juliet Reising

PHIL1 3392279v.1