IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EDGENET, INC., *et al.*,[1] | ) Case No. 14-10066 (BLS) |
| | ) |
| Debtors. | ) Joint Administration Requested |
| | ) D.I. No. 7 |

## NOTICE OF FINAL HEARING OF THE
## DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL
## ORDERS AUTHORIZING THE DEBTORS TO (A) PAY PREPETITION
## EMPLOYEE WAGES, OTHER COMPENSATION AND REIMBURSABLE
## EMPLOYEE EXPENSES AND (B) CONTINUE EMPLOYEE BENEFITS PROGRAMS

**Commencement of Chapter 11 Cases**. On January 14, 2014, (the "*Petition Date*"), Edgenet Holding Corporation and its affiliated debtor, Edgenet, Inc., as debtors and debtors in possession (collectively, the "*Debtors*") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*").

On The Petition Date, The Debtors Filed The Debtors' Motion For Entry Of Interim And Final Orders Authorizing The Debtors To (a) Pay Prepetition Employee Wages, Other Compensation And Reimbursable Employee Expenses And (b) Continue Employee Benefits Programs, [Docket No. 7] (the "*Motion*"). On January 16, 2014, the Court entered an *Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Service and (III) Establishing Adequate Assurance Procedures and Setting a Final Hearing*, (the "*Interim Order*") [D.I. No. 30]. A copy of the Interim Order can be obtained by contacting Debtors' undersigned counsel.

**The final hearing (the "*Final Hearing*") on the Motion will occur on February 11, 2014 at 11:00 a.m. Eastern Time.**

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> and served on the following Notice Parties so that they are <u>actually received</u> no later than February 4, 2014 at 4:00 p.m. Eastern Time: (a) proposed counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE, 19801 Attn: (rlemisch@klehr.com or (302) 426-9193 (Fax)) and 1835 Market Street, Suite 1400, Philadelphia, PA 19103 Attn: Morton Branzburg, Esquire (mbranzburg@klehr.com**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146). The Debtors' main corporate office is 8Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, GA 30305.

or (215) 568-6603 (Fax)); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, J. Caleb Boggs Federal Building, Room 2207, Wilmington, DE 19801 (Attn: Juliet Sarkessian, Esquire; Fax No. 302- 573-6497; juliet.m.sarkessian@usdoj.gov; (c) counsel to any committee appointed in these cases; (d) counsel to Liberty Partners Lenders, L.L.C. Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654 Attn: Ryan Blaine Bennett, Esquire (ryan.bennett@kirkland.com or 312-862-2200 (Fax)) and Justin R. Bernbrock, Esquire (justin.bernbrock@kirkland.com or 312-862-2200 (Fax)) and Pachulski Stang Ziehl & Jones LLP, 919 Market Street, 17th Floor, Wilmington, DE 19801 Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com) and Timothy P. Cairns, Esquire (tcairns@pszjlaw.com); and (e) the counsel to the Owners Representative regarding the Seller Notes Cross & Simon LLC, 913 North Market Street, 11th Floor, Wilmington, DE 19801 Attn: Joseph Grey (jgrey@crosslaw.com or (302) 777-4224 (Fax)).

ANY PARTY WHO FAILS TO FILE A TIMELY OBJECTION TO THE MOTION MAY BE BOUND BY THE THE FINAL ORDER APPROVING THE MOTION.

| Dated: January 23, 2014 Wilmington, Delaware | */s/ Raymond H. Lemisch* |
|---|---|
| | Domenic E. Pacitti (DE Bar No. 3989) |
| | Raymond H. Lemisch (DE Bar No. 4204) |
| | Margaret M. Manning (DE Bar No. 4183) |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | 919 N. Market Street, Suite 1000 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 426-1189 |
| | Facsimile: (302) 426-9193 |
| | |
| | - and - |
| | |
| | Morton Branzburg, Esquire |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | 1835 Market Street, Suite 1400 |
| | Philadelphia, Pennsylvania 19103 |
| | Telephone: (215) 569-2700 |
| | Facsimile: (215) 568-6603 |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |