IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGENET, INC., *et al.*,[1]<br><br>              Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10066 (BLS)<br>)<br>) Joint Administration Requested<br>) D.I. No. 10 |

## NOTICE OF FINAL HEARING OF THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION (C) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001 (B), AND (D) GRANTING RELATED RELIEF

**Commencement of Chapter 11 Cases**. On January 14, 2014, (the "*Petition Date*"), Edgenet Holding Corporation and its affiliated debtor, Edgenet, Inc., as debtors and debtors in possession (collectively, the "*Debtors*") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*").

On The Petition Date, The Debtors Filed The *Motion for Entry of Interim and Final Orders (A) Authorizing Post-Petition Use of Cash Collateral, (B) Granting Adequate Protection (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 (B), and (D) Granting Related Relief* [Docket No. 10] (the "*Motion*"). On January 16, 2014, a hearing was held on the Motion and on January 17, 2014, the Debtors submitted a proposed *Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Service and (III) Establishing Adequate Assurance Procedures and Setting a Final Hearing*, (the "*Interim Order*"). A copy of the proposed Interim Order can be obtained by contacting Debtors' undersigned counsel. Due to the Court holiday and inclement weather, the Interim Order has not yet been entered, but the Debtors anticipate that it will be entered in short order.

**The final hearing (the "*Final Hearing*") on the Motion will occur on February 11, 2014 at 11:00 a.m. Eastern Time.**

**Pursuant to the Interim Order, any objections to the Motion must be <u>filed</u> and served on the following Notice Parties so that they are <u>actually</u> received no later than February 4, 2014 at 4:00 p.m. Eastern Time: (a) proposed counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146). The Debtors' main corporate office is 8Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, GA 30305.

19801 Attn: (rlemisch@klehr.com or (302) 426-9193 (Fax)) and 1835 Market Street, Suite 1400, Philadelphia, PA 19103 Attn: Morton Branzburg, Esquire (mbranzburg@klehr.com or (215) 568-6603 (Fax)); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, J. Caleb Boggs Federal Building, Room 2207, Wilmington, DE 19801 (Attn: Juliet Sarkessian, Esquire; Fax No. 302- 573-6497; juliet.m.sarkessian@usdoj.gov; (c) counsel to any committee appointed in these cases; (d) counsel to Liberty Partners Lenders, L.L.C. Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654 Attn: Ryan Blaine Bennett, Esquire (ryan.bennett@kirkland.com or 312-862-2200 (Fax)) and Justin R. Bernbrock, Esquire (justin.bernbrock@kirkland.com or 312-862-2200 (Fax)) and Pachulski Stang Ziehl & Jones LLP, 919 Market Street, 17th Floor, Wilmington, DE 19801 Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com) and Timothy P. Cairns, Esquire (tcairns@pszjlaw.com); and (e) the counsel to the Owners Representative regarding the Seller Notes Cross & Simon LLC, 913 North Market Street, 11th Floor, Wilmington, DE 19801 Attn: Joseph Grey (jgrey@crosslaw.com or (302) 777-4224 (Fax)).

ANY PARTY WHO FAILS TO FILE A TIMELY OBJECTION TO THE MOTION MAY BE BOUND BY THE FINAL ORDER APPROVING THE MOTION.

Dated: January 23, 2014
Wilmington, Delaware

*/s/ Raymond H. Lemisch*
Domenic E. Pacitti (DE Bar No. 3989)
Raymond H. Lemisch (DE Bar No. 4204)
Margaret M. Manning (DE Bar No. 4183)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

- and -

Morton Branzburg, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

*Proposed Counsel to the Debtors and Debtors in Possession*

PHIL1 3401787v.1