# SCHEDULE 1: BUDGET

*Schedule 1: Budget*
*Edgenet, Inc.*

| Week beginning | 1/15/2014 | 1/19/2014 | 1/26/2014 | 2/2/2014 | 2/9/2014 | TOTALS |
|---|---|---|---|---|---|---|
| Week number | 1 | 2 | 3 | 4 | 5 | |
| Total Receipts | 60,173 | 60,173 | 78,458 | 60,173 | 138,937 | 397,914 |
| **Cash Disbursements** | | | | | | |
| Payroll and related | - | - | 499,266 | - | 403,600 | 902,866 |
| Other operating expenses | 14,000 | 133,850 | 361,198 | 166,850 | 51,250 | 727,148 |
| **Total Cash Disbursements** | 14,000 | 133,850 | 860,464 | 166,850 | 454,850 | 1,630,014 |
| **Cash Flow Before Bankruptcy Expenses** | 46,173 | (73,677) | (782,006) | (106,677) | (315,913) | (1,232,100) |
| Debtor Professionals | - | | | | - | |
| Creditor Committee Counsel | | | | | - | |
| Secured Creditor Counsel | | | | | | |
| US Trustee | | | | | | |
| **Total Bankruptcy Expenses** | - | - | - | - | - | - |
| **Cash Flow** | 46,173 | (73,677) | (782,006) | (106,677) | (315,913) | (1,232,100) |
| Beginning Cash | 11,754,786 | 11,800,959 | 11,727,282 | 10,945,276 | 10,838,599 | 11,754,786 |
| Ending Cash | 11,800,959 | 11,727,282 | 10,945,276 | 10,838,599 | 10,522,686 | 10,522,686 |

DRAFT