**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

               Chapter 11

EDGENET, INC., et al.,
  Debtors            Case No. 14-10066 (BLS)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( X )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(  )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

            ROBERTA A. DeANGELIS
            **UNITED STATES TRUSTEE**

            /s/ Juliet Sarkessian, for
            T. PATRICK TINKER
            Assistant United States Trustee

DATED: February 6, 2014

Trial Attorney Assigned to Case: Juliet Sarkessian, Esq.
cc: Attorneys for Debtors: Raymond H. Lemisch, Esq.