<u>**Exhibit A**</u>

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGENET, INC., *et al.*,[1] | ) | Case No. 14-10066 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related D.I. No. ____ |

## ORDER AUTHORIZING THE DEBTORS AND DEBTORS-IN-POSSESSION TO TERMINATE THEIR 401(k) PLAN AND FOR RELATED RELIEF

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing the Debtors to (a) terminate the 401(k) Plan; (b) engage and compensate such professionals as may be required in the ordinary course of business to complete the termination and wind down of the 401(k) Plan without further order of this Court, and (c) and take such further actions as may be required to terminate and wind down the 401(k) Plan; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been resolved or overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED that:

1. The Motion is granted in its entirety

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146). The address of the Debtors' corporate headquarters is 8 Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, GA 30305.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Debtors are authorized to terminate their 401(k) Plan in their discretion.

3. The Debtors are authorized to engage and compensate such professionals as may be required in the ordinary course of business to complete the termination and wind down of the 401(k) Plan without further order of this Court.

4. The Debtors are authorized to take all actions necessary to complete the termination of the 401(k) Plan, to facilitate the distribution of the remaining assets in the 401(k) Plan and to otherwise conduct an orderly wind down of the 401(k) Plan.

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Order shall be binding on the Debtors and all parties to the 401(k) Plan.

7. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

8. This Order shall take effect and be fully enforceable immediately upon execution hereof.

Dated: _____, 2014
Wilmington, Delaware

_____
The Honorable Brendan Shannon
United States Bankruptcy Judge