# AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT

This AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT dated as of May 5, 2014 (this "Amendment"), is made by and among EDGENET, INC., a Delaware corporation ("Edgenet"), and EDGENET HOLDING CORPORATION, a Delaware corporation ("Holding," and together with Edgenet, "Seller") and PCF NUMBER 2, INC., a Delaware corporation ("Buyer").

WHEREAS, Seller, Buyer, and Parallax Capital Fund, L.P. (with respect to section 11.19 only) entered into that certain Asset Purchase Agreement, dated as of April 11, 2014 (the "Purchase Agreement").

WHEREAS, in accordance with Section 11.15 of the Purchase Agreement, Seller and Buyer wish to amend the Purchase Agreement as set forth herein.

NOW, THEREFORE, in consideration of the recitals set forth above, the covenants and agreements contained herein, and other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

1. Defined Terms. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Purchase Agreement.

2. Amendments. Effective as of the date hereof, the Purchase Agreement is hereby modified and amended as follows:

    (a) Section 1.01(n) is hereby amended by deleting the phrase "subject to Sections 1.04(d) and 1.04(e), ".

    (b) Section 1.04(a) is hereby amended to delete the parenthetical in the second sentence "(other than the Buyer Cure Costs with respect to the assumed SBA Contracts)".

    (c) Section 1.04(d) and Section 1.04(e) are deleted in their entirety.

    (d) Schedule 1.04(d) is hereby deleted in its entirety.

    (e) Section 1.05(h) is hereby amended to delete the words ", other than the Buyer Cure Costs".

    (f) Section 1.05(j) is hereby amended and restated in its entirety as follows:

    any Liabilities related to Seller Employees and former Seller Employees except as provided in Section 1.03(b);

    (g) Section 1.06 is hereby amended and restated in its entirety as follows:

The aggregate purchase price for the Acquired Assets shall be equal to (i) Five Million Five Hundred Thousand Dollars and No Cents ($5,500,000.00), which such amount shall be payable to Seller at the Closing in immediately available, good funds via wire transfer plus (ii) the assumption of the Assumed Liabilities (the "Purchase Price").

(h) The text of the following provision is deleted in its entirety and replaced with "[Reserved]": Section 8.01(e).

(i) The following defined terms in Section 10.01 are deleted in their entirety: "Assignment Order"; "Buyer Cure Costs"; "Restrictions"; "SBA Contract"; and "Section 1.04(e) Contract".

3. Continuing Effect of the Purchase Agreement. Except as specifically set forth herein, the Purchase Agreement shall continue in full force and effect.

4. Guaranty. In connection with the Amendment, Guarantor hereby reconfirms its obligations under Section 11.19 of the Purchase Agreement.

5. Governing Law. This Amendment shall be governed by and construed in accordance with the Laws of the State of Delaware, without regard to conflicts of law principles.

6. Counterparts. This Amendment may be executed in counterparts (including by means of facsimile or electronic delivery), each of which shall be deemed to be an original but all of which together shall constitute one agreement.

*(Signature page follows)*

IN WITNESS WHEREOF, the parties hereto have duly executed this Amendment as of the date first above written.

**EDGENET, INC.**

By: /s/ Thomas Frederick
Name: THOMAS FREDERICK
Its: CEO + PRESIDENT

**EDGENET HOLDING CORPORATION**

By: /s/ Thomas Frederick
Name: THOMAS FREDERICK
Its: CEO + PRESIDENT

**PCF NUMBER 2, INC.**

By: _____
Name: _____
Its: _____

**WITH RESPECT ONLY TO PARAGRAPH 4**

**PARALLAX CAPITAL FUND, L.P.**

By: PARALLAX CAPITAL, L.P.,
    a Delaware limited partnership,
    its General Partner

    By: PARALLAX HOLDINGS, LLC
        a Delaware limited liability company,
        its General Partner

By: _____
Name: _____
Its: _____

IN WITNESS WHEREOF, the parties hereto have duly executed this Amendment as of the date first above written.

EDGENET, INC.

By: _____
Name: _____
Its: _____

EDGENET HOLDING CORPORATION

By: _____
Name: _____
Its: _____

PCF NUMBER 2, INC.

By: /s/ James Hale
Name: JAMES HALE
Its: CEO

**WITH RESPECT ONLY TO PARAGRAPH 4**

PARALLAX CAPITAL FUND, L.P.

By: PARALLAX CAPITAL, L.P.,
    a Delaware limited partnership,
    its General Partner

By: PARALLAX HOLDINGS, LLC
    a Delaware limited liability company,
    its General Partner

By: /s/ James Hale
Name: JAMES HALE
Its: CEO

*[Signature Page to Amendment No. 1 to Asset Purchase Agreement]*