**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| EDGENET, INC., *et al.*,[1] | : | Case No. 14-10066 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Hearing Date: June 2, 2014 at 9:00 a.m.** |
| | : | |
| _____ | : | **Re: D.I. 252** |

**JOINDER OF THE OFFICIAL COMMITTEE OF NOTEHOLDERS TO THE
EMERGENCY MOTION FOR EXTENSION OF BID DEADLINE AND AUCTION
<u>DATE CONTAINED IN SALE PROCEDURES ORDER</u>**

TO THE HONORABLE BRENDAN L. SHANNON,
UNITED STATES BANKRUPTCY JUDGE:

      The Official Committee of Noteholders (the "<u>Committee</u>") of Edgenet, Inc., *et al.*

(collectively, the "<u>Debtors</u>") hereby files this joinder (the "<u>Joinder</u>") to the emergency motion

(the "<u>Motion</u>") of EdgeAQ, LLC ("<u>EdgeAQ</u>") for an extension of the Bid Deadline and Auction

dates established by the Order (A) Approving Sale Procedures and Bidding Protections in

Connection with Sale of the Debtors' Assets Pursuant to Sections 363 and 365 of the Bankruptcy

Code; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale of the Debtors'

Assets; (C) Approving Notice of Respective Dates, Times, and Places for Auction and for

Hearing on Approval of Asset Purchase Agreement and Sale of the Debtors' Assets, and

Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D)

Establishing Procedures for Noticing and Determining Cure Amounts; and (E) Granting Other

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146).  The address of the Debtors' corporate headquarters is 8 Piedmont Center, 3525 Piedmont Drive, Suite 420, Atlanta, GA 30305.

Relief (the "Sale Procedures Order").[2]  In support hereof, the Committee respectfully represents as follows:

## BACKGROUND

1.      On January 14, 2014, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and properties as debtors-in-possession.  No trustee or examiner has been appointed in these cases.

2.      On March 13, 2014, the Committee was appointed in these cases by the Office of the United States Trustee for the District of Delaware, consisting of the following five members: (i) Fred Marxer; (ii) Timothy D. Choate; (iii) Martin Davis; (iv) Robert H. Neal, and (v) Richard C. Pinson.  On March 18, 2014, the Committee selected Cooley LLP and Morris James LLP as proposed co-counsel.

3.      On May 5, 2014, the Court entered the Sale Procedures Order (D.I. 233).

4.      On May 29, 2014, EdgeAQ filed the Motion, along with a motion to shorten notice with respect thereto (D.I. 252, 253).

## JOINDER

5.      The Committee files this Joinder to indicate its support of EdgeAQ's request for an extension of the Bid Deadline and Auction dates by approximately two (2) weeks.  The Committee further reserves all rights to be heard before the Court with respect to the matters raised in the Motion or any response thereto.

---

[2]      Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Sale Procedures Order.

7109690/

WHEREFORE, the Committee respectfully requests that the Court enter an order (i) granting the Motion, and (ii) granting such additional relief as is just.

Dated: May 29, 2014

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Brett D. Fallon (DE Bar No. 2480)
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone:  (302) 888-6800
Facsimile:   (302) 571-1750
bfallon@morrisjames.com
jwaxman@morrisjames.com

-and-

**COOLEY LLP**
Cathy Hershcopf
Jeffrey L. Cohen
Richelle Kalnit
1114 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 479-6000
Facsimile:      (212) 479-6275
chershcopf@cooley.com
jcohen@cooley.com
rkalnit@cooley.com

*Counsel to the Official Committee of Noteholders*