## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EDGENET, INC., *et al.*,[1] | ) Case No. 14-10066 (BLS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

### RE-NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE HEARING

**PLEASE BE ADVISED** that, on May 5, 2014, pursuant to a motion, dated April 11, 2014 (the "*Sale Procedures Motion*"), filed by Edgenet, Inc. and Edgenet Holding Corporation, debtors and debtors-in-possession (collectively, the "*Debtors*"), the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*") entered an Order (the "*Sale Procedures Order*") approving certain Sale Procedures (the "*Sale Procedures*") in connection with the proposed sale by the Debtors of certain their assets (the "*Assets*") to one or more bidders.

**PLEASE BE FURTHER ADVISED** a Notice of Sale Procedures, Auction Date and Sale Hearing (the "*Notice*") was filed on May 7, 2014 at Docket Number 236.

**PLEASE BE FURTHER ADVISED** that the deadlines and procedures as set forth in the Notice remain in place with the exception of the following:

- **The auction will take place on Friday, May 6, 2014 (EST) at 12:00 p.m. at the offices of Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania, 19103.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146). The Debtors' main corporate address is: 8 Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, Georgia 30305.

- All Bids for the Assets shall be submitted in accordance with the Sale Procedures and shall be submitted in writing to JMP Securities, LLC ("**JMP**"), 450 Park Avenue, NY, NY 10022, Attn: **Gavin Slader or gslader@jmpsecurities.com ((415) 835-8914)**, such that the Bid is actually received not later than **June 6, 2014 at 10:00 a.m. (EST)**.

- **PLEASE BE FURTHER ADVISED** that the Court has scheduled **June 10, 2014, at 11:00 a.m. (EST)** (or such time thereafter as counsel may be heard) as the date for a hearing on the results of the Auction (the "*Sale Hearing*").

| | |
|---|---|
| Dated: June 2, 2014<br>Wilmington, Delaware | */s/ Raymond H. Lemisch*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Raymond H. Lemisch (DE Bar No. 4204)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br><br>-and-<br><br>Morton R. Branzburg, Esquire (Admitted Pro Hac Vice)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Telephone:    (215) 569-2700<br>Facsimile:    (215) 568-6603<br><br>*Counsel to the Debtors and Debtors in Possession* |