IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EDGENET, INC., *et al.*,[1] | ) ) ) | Case No. 14-10066 (BLS) |
| Debtors. | ) ) ) ) | Jointly Administered |

## NOTICE OF SUCCESSFUL BIDDER

On April 11, 2014, the above captioned Debtors[2] filed *Debtors' Motion for Order (A) Authorizing and Approving Asset Purchase Agreement; (B) Approving, Subject to Higher or Better Offers, Sale of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief* [D.I. No. 197] (the "Sale Motion") seeking to sell all of their assets through a sale pursuant to section 363 of the Bankruptcy Code (the "Sale").

On May 5, 2014 this Court entered the *Order (A) Approving Sale Procedures and Bidding Protections in Connection with Sale of the Debtors' Assets; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale of the Debtors' Assets; (C) Approving Notice of Respective Dates, Times, and Places for Auction and for Hearing on Approval of Asset Purchase Agreement and Sale of the Debtors' Assets, and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Establishing Procedures for Noticing and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146). The Debtors' main corporate address is: 8 Piedmont Center, 3525 Piedmont Road, Suite 420, Atlanta, Georgia 30305.
[2] Capitalized terms not defined herein will have the meeting attributed to them in the Bid Procedures that are incorporated into the Bid Procedures Order, as defined below.

PHIL1 3667907v.1

*Determining Cure Amounts; and (E) Granting Other Relief* [Docket No. 233] (the "Bid Procedures Order").

Under the Bid Procedures Order, the Debtors are required to file with the Bankruptcy Court and provide service upon all entities who requested such service prior to the commencement of the Auction a Notice identifying the Successful Bidder (the "Successful Bidder Notice"). This Notice of Successful Bidder will also be posted on the website of the Debtors' notice and claims agent, PhaseEleven Consultants.

The Debtors, in consultation with their professionals as well as counsel to the Official Noteholders Committee and Liberty Partner Lenders, L.L.C., are pleased to announce that the Successful Bidder is EdgeAQ, LLC and the back-up bidder is PCF Number 2, Inc.

The Debtors will seek approval of the Sale at the Sale Hearing scheduled for Tuesday, June 10, 2014 at 11:00 a.m. (EST).

|  | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
|---|---|
| Dated: June 7, 2014 | */s/ Margaret M. Manning* |
|  | Domenic E. Pacitti (DE Bar No. 3989) |
|  | Raymond H. Lemisch (DE Bar No. 4204) |
|  | Margaret M. Manning (DE Bar No. 4183) |
|  | 919 N. Market Street, Suite 1000 |
|  | Wilmington, Delaware 19801 |
|  | Telephone:   (302) 426-1189 |
|  | Facsimile:    (302) 426-9193 |
|  | And |
|  | Morton R. Branzburg (admitted *pro hac vice*) |
|  | 1835 Market Street |
|  | Suite 1400 |
|  | Philadelphia, PA 19103 |
|  | Telephone: (215) 569-2700 |
|  | Facsimile: (215) 568-6603 |