# **<u>EXHIBIT A</u>**



June 5, 2014

**INVOICE**

Edgenet, Inc.
8 Piedmont Center
3525 Piedmont Road - Suite 420
Atlanta, GA 30305

**Re:    Engagement with JMP Securities LLC**

For advisory services rendered in connection with JMP's engagement with Edgenet, Inc., and according to our engagement letter dated February 25, 2013:

| Description | Amount |
|---|---:|
| Success Fee | $570,000.00 |
| (Success fee of $750,000.00 credits $180,000.00 in retainer fees already paid to JMP) | |
| Out-of-Pocket Expenses (through June 5, 2014) | $14,454.43 |
| **Total** | **$584,454.43** |

Please make check payable to:

  JMP Securities LLC
  Attention: Ray Jackson, CFO
  600 Montgomery Street, Suite 1100
  San Francisco, CA 94111-3762

Or send wire payment to:

  City National Bank
  Los Angeles, CA
  ABA # 122016066
  FBO JMP Securities LLC
  Account # 432-654-141
  CRD: 22208
  International SWIFT Number: CINAUS6L

Very truly yours,

JMP Securities LLC

**JMP Securities LLC**
600 Montgomery St.    *tel*   415.835.8906
Suite 1100             *fax*  415.835.8982
San Francisco, CA 94111   www.jmpsecurities.com