IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EDGENET, INC.et al.,[1] | ) ) | Case No. 14-10066 (BLS) |
| Debtors. | ) ) ) | Jointly Administered<br>Related to DI No. 336 |

**AMENDED** NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON JULY 10, 2014 AT 12:00 P.M. (ET)[2]

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

CONTINUED MATTERS:

1. Motion of the Official Committee of Noteholders for an Order (A) Pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code, (B) Extending the Investigation Deadline, and (C) Granting Related Relief [Docket No. 300; Filed on 6/12/2014]

    Related Documents:

    A. Certification of Counsel [Docket No. 332; Filed on 6/30/2014]

    B. Order Approving Stipulation [Docket No. 334; Filed on 7/1/2014]

    Response Deadline:   June 27, 2014 at 4:00 p.m.

    Responses Received:  None.

    Status:   Pursuant to the Stipulation entered by the parties and approved by Order of this Court, this matter will be continued pending the resolution of the Debtors' Motion for Summary Judgment currently pending in Adversary Proceeding Number 14-50046.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are Edgenet, Inc. (4977) and Edgenet Holding Corporation (4146).

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

2. Motion of the Debtors for Entry of an Order Authorizing and Directing the Payment of the Fees of JMP Securities, LLC [Docket No. 320; Filed on 6/20/2014]

    Response Deadline:   July 3, 2014 at 4:00 p.m., extended for the US Trustee

    Responses Received:  Informal comments received by the US Trustee

    Status:   This matter has been continued until the next omnibus hearing scheduled for July 31, 2014 at 11:00 a.m.

UNCONTESTED MATTERS:

3. Second Motion of the Debtors for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 318; Filed on 6/20/2014]

    **Related Documents:**

        A.   Certificate of No Objection [Docket No. 337; Filed on 7/9/2014]

    Response Deadline:   July 3, 2014 at 4:00 p.m.

    Responses Received:  None

    **Status:**   **A Certificate of No Objection has been filed.  This matter will not go forward.**

4. Debtors' Second Motion for Entry of an Order Extending the Debtors' Time to Assume or Reject Unexpired Lease of Nonresidential Real Property [Docket No. 319; Filed on 6/20/2014]

    **Related Documents:**

        A.   Certificate of No Objection [Docket No. 338; Filed on 7/9/2014]

    Response Deadline:   July 3, 2014 at 4:00 p.m.

    Responses Received:  None

    **Status:**   **A Certificate of No Objection has been filed.  This matter will not go forward.**

ADDITIONAL MATTERS:

5. **Debtors' Motion for Entry of an Order Authorizing and Directing the Debtors to Make Severance Payments [Docket No. 328; Filed on 6/25/2014}**

**Related Documents:**

A. Motion for Order Shortening Notice relating to Debtors' Motion for Entry of an Order Authorizing and Directing the Debtors to Make Severance Payments [Docket No. 329; Filed on 6/25/2014]

B. Order Shortening Notice Relating to Debtors' Motion for Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Authorizing and Directing the Debtors to Make Severance Payments [Docket No. 330; Filed on 6/30/2014]

**Response Deadline:** July 8, 2014 at 4:00 p.m.

**Responses Received:** None

**Status:** No objections have been received and the objection deadline has passed. Debtors' counsel anticipates filing a Certificate of No Objection after 4 p.m. on July 10, 2014 pursuant to Local Rule 9013-1(j).

Dated: July **9**, 2014
Wilmington, Delaware

*/s/ Margaret M. Manning*
Domenic E. Pacitti (DE Bar No. 3989)
Raymond H. Lemisch (DE Bar No. 4204)
Margaret M. Manning (DE Bar No. 4183)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193

- and -

Morton Branzburg, Esquire
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:    (215) 568-6603

Counsel to the Debtors and Debtors in Possession