IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EI Wind Down, Inc., *et al.* [1] | ) Case No. 14-10066 (BLS) |
| Debtors. | ) Jointly Administered |

**SECOND AMENDED** NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON OCTOBER 27, 2014 AT 12:30 P.M. (ET)[2]

<u>CONTINUED MATTERS</u>:

1. Debtors' Third Omnibus (Substantive) Objection to Claims [Docket No. 395; Filed on 9/26/2014]

    Related Documents:

    A. Notice of Submission of Proof of Claim Relating to Debtors' Third Omnibus Objection (Substantive) to Claims [Docket No. 410; Filed on 10/10/2014]

    Response Deadline:  October 20, 2014 at 4:00 p.m.

    Responses Received:  None

    Status:    This matter has been continued until December 9, 2014 at 12:00 p.m.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are EI Wind Down, Inc. f/k/a Edgenet, Inc. (4977) and EHC Holding Wind Down Corp. f/k/a Edgenet Holding Corporation (4146).

[2]  Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

UNCONTESTED MATTERS:

2. Debtors' Second Omnibus (Substantive) Objection to Claims [Docket No. 394; Filed on 9/26/2014]

   Related Documents:

   A. Notice of Submission of Proof of Claim Relating to Debtors' Second Omnibus Objection (Substantive) to Claims [Docket No. 409; Filed on 10/10/2014]

   Response Deadline:  October 20, 2014 at 4:00 p.m.

   Responses Received:  None

   Status:   This matter is going forward.

3. Motion of the Debtors For An Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations In Connection Therewith [Docket No. 404; Filed on 10/6/2014]

   Related Documents:

   A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 402; Filed on 10/6/2014]

   B. Disclosure Statement for the Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 403; Filed on 10/6/2014]

   C. Notice of Disclosure Statement Hearing [Docket No. 405; Filed on 10/6/2014]

   **D. Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 419; Filed on 10/27/2014]**

   **E. Disclosure Statement for the Amended Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 420; Filed on 10/27/2014]**

      F.      **Certification of Counsel Regarding Proposed Order Relating to Motion of the Debtors For An Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations In Connection Therewith [Docket No. 421; Filed on 10/27/2014]**

      G.      **Blacklined Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 422; Filed on 10/27/2014]**

      H.      **Blacklined Disclosure Statement for the Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 423; Filed on 10/27/2014]**

Response Deadline:    October 22, 2014 at 4:00 p.m.

Responses Received:

      A.      Reservation of Rights in Response to the Motion of the Debtors For Entry Of An Order (I) Approving The Disclosure Statement; (II) Fixing The Voting Record Date; (III) Approving The Notice And Objection Procedures In Respect Of Confirmation Of The Plan; (IV) Approving Solicitation Packages And Procedures For Distribution Thereof; (V) Approving The Forms Of Ballots And Establishment Of Procedures For Voting On The Plan; (VI) Approving The Forms Of Notices To Non-Voting Classes Under The Plan; (VII) Fixing The Voting Deadline To Accept Or Reject The Plan; And (VIII) Approving Procedures For Vote Tabulations In Connection Therewith [Docket No. 416; Filed on 10/22/2014]

Status:    This matter is going forward.

<u>CONTESTED MATTERS</u>:

4.    Debtors' First Omnibus (Non-Substantive) Objection to Claims [Docket No. 393; Filed on 9/26/2014]

Related Documents:

    A.    Notice of Submission of Proof of Claim Relating to Debtors' First Omnibus Objection (Non-Substantive) to Claims [Docket No. 408; Filed on 10/10/2014]

Response Deadline:  October 20, 2014 at 4:00 p.m.

Responses Received:

    A.    Response to Debtors' First Omnibus (Non-Substantive) Objection to Claims [Docket No. 415; Filed on 10/21/2014]

Status:    This matter is going forward.

Dated:  October 27, 2014  
Wilmington, Delaware

*/s/ Raymond H. Lemisch*  
Domenic E. Pacitti, Esquire (DE Bar No. 3989)  
Raymond H. Lemisch, Esquire (DE Bar No. 4204)  
Margaret M. Manning, Esquire (DE Bar No. 4183)  
KLEHR HARRISON HARVEY BRANZBURG LLP  
919 N. Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:    (302) 426-1189  
Facsimile:    (302) 426-9193

- and -

Morton Branzburg, Esquire  
KLEHR HARRISON HARVEY BRANZBURG LLP  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone:    (215) 569-2700  
Facsimile:    (215) 568-6603

Counsel to the Debtors and Debtors in Possession