IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EI WIND DOWN, INC., *et al.*,[1] | ) Case No. 14-10066 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket No. 393 |

### ORDER GRANTING DEBTORS' FIRST OMNIBUS
### (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon the Debtors' First Omnibus (Non-Substantive) Objection To Claims (the "*Objection*"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157; and it appearing that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Objection and opportunity for response having been given; and it appearing that no other notice need be given; and the Court having considered the Objection, the Claims listed on Exhibit A ~~and B~~ annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation and sufficient cause appearing therefore, it is FOUND AND DETERMINED that:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

B. Each holder of a Disputed Claim listed on Exhibit A ~~and B~~ attached hereto was properly and timely served with a copy of the Objection, this Order, the accompanying exhibit, and the notice.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are EI Wind Down, Inc. f/k/a Edgenet, Inc. [4977] and EHC Holding Wind Down Corp. f/k/a Edgenet Holding Corp. [4146].

2

PHIL1 3856185v.1

C. Each of the Disputed Claims to be disallowed and expunged on <u>Exhibit A</u> hereto reflect a claim that was subsequently amended or superseded.

D. ~~Each of the Disputed Claims to be disallowed and expunged on Exhibit B hereto reflect a claim that does not have a basis in the Debtors' Books and Records and does not include enough information or documentation to constitute prima facie evidence of the validity and the amount of the claim, as contemplated by Fed. R. Bankr. P. 3001(f).~~ *BLS*

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. The Objection is granted as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each of the Disputed Claims listed as objectionable claims on <u>Exhibits A and B</u> hereto are hereby disallowed and expunged in their entirety.

4. The official claims register in these cases shall be modified in accordance with this Order.

5. The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any claim to the extent such claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' right to object on the other stated grounds or on any other grounds that the Debtor may discover during these cases are further preserved.

6. Each Disputed Claim and the objections by the Debtors to such Disputed Claim, as addressed in the Objection and set forth on <u>Exhibit</u> A ~~and B~~ hereto, constitutes a separate *BLS* contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order

3

PHIL1 3856185v.1

pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding the possible applicability of Bankruptcy Rule 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. All time periods set forth in the Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. This Court shall retain jurisdiction over the Debtors, the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection and the implementation of this Order.

Dated: Oct 27, 2014
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Chief Judge

PHIL1 3856185v.1