## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EI WIND DOWN, INC., *et al.*,[1] | ) | Case No. 14-10066 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related DI No's 402, 403 and 404 |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 402, 403 AND 404

The undersigned hereby certifies as follows:

1.      On October 6, 2014, the above captioned Debtors filed the following documents:

- *Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Plan**") [D.I. No. 402];

- *Disclosure Statement for the Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Disclosure Statement**") [D.I. No. 403]; and

- *Debtors' Motion For An Order* (the "**Order**") *(I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number are EI Wind Down, Inc. f/k/a Edgenet, Inc. [4977] and EHC Holding Wind Down Corp. f/k/a Edgenet Holding Corp. [4146].

*Procedures for Vote Tabulations In Connection Therewith* (the "**Motion**") [D.I. No. 404].

2.      On October 27, 2014, the Debtors filed the following documents:

- *Debtors' Amended  Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Amended Plan**") [D.I. No. 419];

- *Disclosure Statement for the Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Amended Disclosure Statement" and, together with the Amended Plan, the "**Amended Documents**") [D.I. No. 420]; and

- Blacklined copies of the Amended Documents [D.I. No.'s 422 and 423, respectively].

The Amended Documents do not make material or substantive changes to the Plan or Disclosure Statement.

3.      On October 27, 2014, a hearing (the "**Hearing**") was held on the Motion, attended by counsel to the Debtors, Liberty Partners Lenders, L.L.C., the Official Committee of Noteholders, the Owners Representative and the Office of the United States Trustee (collectively, the "**Interested Parties**").  At the Hearing, the Interested Parties indicated their support of the relief requested in the Motion, subject to final review of the Amended Documents by the Office of the United States Trustee and review by all Interested Parties of the Liquidation Analysis which is Exhibit D to the Disclosure Statement.

4.      Subsequent to the Hearing, the Interested Parties noted some discrepancies between the Amended Documents and the Liquidation Analysis and have made consensual, non-material and non-substantive minor changes to the Amended Documents to rectify those

discrepancies.

5.      **Exhibit 1** to this Certification reflects the blacklined consensual, non-material non-substantive changes to Article X. Section A of the Amended Plan.

6.      **Exhibit 2** to this Certification reflects the blacklined consensual, non-material non-substantive changes to Article IX. Section D of the Amended Disclosure Statement.

7.      **Exhibit 3** to this Certification is the consensual Liquidation Analysis that is Exhibit D to the Disclosure Statement.

8.      **Exhibit 4** to this Certification is a blacklined Order showing the consensual changes to the form of order that was filed with the Motion.

9.      **Exhibit 5** to this Certification is a clean, consensual Order granting the relief requested in the Motion.

WHEREFORE, the Debtors respectfully request that this Court enter the proposed form of order attached hereto as **Exhibit 5**.

Dated: October 30, 2014            */s/ Raymond H. Lemisch*
                                   Domenic E. Pacitti (DE Bar No. 3989)
                                   Raymond H. Lemisch (DE Bar No. 4204)
                                   Margaret M. Manning (DE Bar No. 4183)
                                   **KLEHR HARRISON HARVEY
                                   BRANZBURG LLP**
                                   919 N. Market Street, Suite 1000
                                   Wilmington, Delaware 19801
                                   Telephone:     (302) 426-1189
                                   Facsimile:     (302) 426-9193