IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EI Wind Down, Inc., *et al.* [1] | ) ) | Case No. 14-10066 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**AMENDED** NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON DECEMBER 9, 2014 AT **11:00 A.M.** (ET)[2]

UNCONTESTED MATTERS WITH A CERTIFICATION OF COUNSEL:

1. Motion for Reimbursement [Docket No. 443; Filed on 11/18/2014]

    Related Documents:

        A.    Certification of Counsel [Docket No. 472; Filed 12/5/2014]

        B.    Proposed Order

    Status:    A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.

UNCONTESTED MATTERS:

2. Debtors' Third Omnibus (Substantive) Objection to Claims [Docket No. 395; Filed on 9/26/2014]

    Related Documents:

        A.    Notice of Submission of Proof of Claim Relating to Debtors' Third Omnibus Objection (Substantive) to Claims [Docket No. 410; Filed on 10/10/2014]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are EI Wind Down, Inc. f/k/a Edgenet, Inc. (4977) and EHC Holding Wind Down Corp. f/k/a Edgenet Holding Corporation (4146).

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

Response Deadline:  October 20, 2014 at 4:00 p.m.

Responses Received:  None

Status:       This matter is going forward.

3.   Debtors' Modified Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 473; Filed on 12/5/2014]

Related Documents:

   A.   Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 419; Filed on 10/ 27/2014]

   B.   **Declaration of Julie Meegan on Behalf of Phase Eleven Consultants LLC Regarding Tabulation of Ballots Accepting and Rejecting the Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 478; Filed on 12/5/2014]**

   C.   **Declaration of Juliet Reising In Support of Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 479; Filed on 12/5/2014]**

   D.   **Memorandum of Law in Support of Debtors' Modified Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 480; Filed on 12/8/2014]**

   E.   **Blacklined Debtors' Modified Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 481; Filed on 12/8/2014]**

   F.   **Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Modified Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 482; Filed on 12/8/2014]**

Response Deadline:   December 1, 2014 at 4:00 p.m.

Responses Received:  None

Status:       This matter is going forward.

4.   Certain Claimants' Motion for Allowance and Payment of Administrative Expense Claim [Docket No. 440; Filed on 11/18/2014]

Response Deadline:   December 2, 2014 at 4:00 p.m.

  Responses Received: None

  **Status:**  **A Certification of Counsel was filed and an Order has been entered at Docket No. 476. This matter will not be going forward.**

5. Interim Fee Applications for Professionals

  Related Documents:

   A. Fee Application Index for Hearing

   B. Proposed Order

  Status: This matter is going forward.

<u>CONTESTED MATTERS</u>:

6. Debtors' First Omnibus (Non-Substantive) Objection to Claims [Docket No. 393; Filed on 9/26/2014]

  Related Documents:

   A. Notice of Submission of Proof of Claim Relating to Debtors' First Omnibus Objection (Non-Substantive) to Claims [Docket No. 408; Filed on 10/10/2014]

   B. Order (Revisions by the Court) Granting Debtors' First Omnibus (Non-Substantive) Objection to Claims [Docket No. 425; Filed on 10/27/2014]

  Response Deadline: October 20, 2014 at 4:00 p.m.

  Responses Received:

   A. Response to Debtors' First Omnibus Objection to Claims (Non-Substantive) [Docket No. 415; Filed on 10/21/2014]

   B. Debtors' (I) Objection to Motion of XWareDiscountStores Seeking Allowance of its Claim Under Bankr. R. Fed. Pro. 3018, and (II) Statement in Support of Objection to Claim Number 47 [Docket No. 465; Filed on 12/4/2014]

  Status: This matter is going forward.

7. Motion for an Order Pursuant to Rule 3018(a) [Docket No. 460; Filed on 11/24/2014]

    Response Deadline:    December 4, 2014 at 4:00 p.m.

    Responses Received:

        A.    Debtors' (I) Objection to Motion of XWareDiscountStores Seeking Allowance of its Claim Under Bankr. R. Fed. Pro. 3018, and (II) Statement in Support of Objection to Claim Number 47 [Docket No. 465; Filed on 12/4/2014]

    Status:    This matter is going forward.

Dated: December **8**, 2014  
Wilmington, Delaware

*/s/ Raymond H. Lemisch*
Domenic E. Pacitti, Esquire (DE Bar No. 3989)
Raymond H. Lemisch, Esquire (DE Bar No. 4204)
Margaret M. Manning, Esquire (DE Bar No. 4183)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193

- and -

Morton Branzburg, Esquire
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:    (215) 568-6603

Counsel to the Debtors and Debtors in Possession